IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L. IVAN POBLETE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RITTENHOUSE MORTGAGE ) <br> BROKERS, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No.: |

## DEFENDANT AURORA LOAN SERVICES, LLC'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), and Local Civil Rule 7.1, counsel for defendant Aurora Loan Services LLC, states as follows:

I, the undersigned counsel of record for defendant Aurora Loan Services, LLC, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Aurora Loan Services, LLC, which have any outstanding securities in the hands of the public: **Lehman Brothers Holdings, Inc. (NYSE: LEH)**

These representations are made in order that the judges of this Court may determine the need for recusal.

Respectfully submitted,

WEINER BRODSKY SIDMAN KIDER PC

By: _____
David M. Souders (DC Bar No. 441491)
Sandra B. Vipond (DC Bar No. 465702)
1300 Nineteenth Street, NW, Fifth Floor
Washington, DC  20036
(202) 628-2000 (telephone)
(202) 628-2011 (facsimile)

Attorneys for Defendant Aurora Loan Services, LLC

Dated:  May 22, 2008

F:\98012\039\lsbv660.oth(CorpDisclosure).doc

## CERTIFICATE OF SERVICE

I hereby certify that, on this 22nd day of May, 2008, a copy of the foregoing Defendant Aurora Loan Services, LLC's Corporate Disclosure Statement was served upon the following parties and counsel of record by first class, United States Mail, postage prepaid:

William S. Bach, Esq.
717 D Street, N.W., Suite 400
Washington, D.C. 20004

Rittenhouse Mortgage Brokers
2101 Pine Street
Philadephia, PA 19103

Closeline, LLC
1300 Piccard Drive, #L-105
Rockville, MD 20850


_____
Hazel Berkoh