## IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
### Civil Division

| | |
|---|---|
| THEATRICE M. BOYD, )<br>d/b/a EXCEL CONTRACTING SERVICES, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRENT HERNDON, Individually, )<br>)<br>EDWARD SHERBINE, Individually, )<br>)<br>GLORIA BOZMAN HERNDON, Individually, )<br>d/b/a 12TH STREET PARTNERS, LLC )<br>)<br>Defendant. ) | Case No. 2007 CA 007912 B<br>Judge Thomas J. Motley<br>Next Event: March 7, 2008<br>    Initial Conference |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

COMES NOW, 12TH Street Partners, LLC ("12TH Street") and Edward Sherbine ("Sherbine"), by counsel, pursuant to Rule 6(b), of the D.C. Rules of Civil Procedure, along with the consent of the Plaintiff, Theatrice M. Boyd d/b/a EXCEL Contracting Services, LLC ("Boyd"), by counsel, and each of the individual Defendants Gloria Bozman Herndon and Brent Herndon (collectively, the "Co-Defendants"), and respectfully move the Court to enlarge the time within which they must serve an answer, motion or other responsive pleading in response to the "Complaint" filed by "Verbified [sic] Complaint and Demand for Jury Trial (Breech [sic] of Contract; Quantum Merit[sic])" in this matter, through and including January 11, 2008.  In support of their Motion, 12TH Street and Sherbine state as follows:

    (1)    There is a question as to whether 12TH Street is even named as a party to this action, by virtue of the style of the pleading.  Out of an abundance of caution, 12TH Street brings forth the instant Motion.

(2)     Undersigned Counsel was engaged only yesterday, December 27, 2007, with regard to this matter.  Counsel needs sufficient time to examine the pleadings and prepare an answer, motion or other appropriate response to the Complaint on behalf of each of the defendants.

(3)     Upon information and belief, on December 8, 2007 service upon 12TH Street was attempted, making its answer or other responsive pleading due no earlier than December 28, 2007.  Thus, this motion has been filed before the expiration of the period in which 12TH Street may arguably be required to answer or respond to the Complaint.

(4)     Counsel has been unable to determine whether Sherbine has been served with the Complaint.  Out of an abundance of caution, Sherbine brings this motion.

(5)     Boyd, by counsel, has agreed that 12TH Street and Sherbine may each file an answer, motion or other responsive pleading on or before January 11, 2008.

(6)     The remaining Co-Defendants have consented to the request for an enlargement of time.

(7)     Enlarging the time for 12TH Street and Sherbine to respond to the Complaint until January 11, 2008, will have no material, adverse affect on any party or on the expeditious disposition of this case.

WHEREFORE, 12TH Street Partners, LLC and Edward Sherbine pray that the Court enter an Order enlarging the time within which it may serve an answer, motion or other pleadings in response to the Complaint through and including January 11, 2008.

Respectfully submitted,<br>
12TH STREET PARTNERS, LLC<br>
EDWARD SHERBINE<br>
By Counsel

/s/ Jennifer L. Sarvadi
Thomas A. Coulter (DC Bar # 436423)
LECLAIRRYAN, A Professional Corporation
951 East Byrd Street
Eighth Floor
Richmond, Virginia 23219
Phone: (804) 916-7103
Fax: (804) 916-7203

Jennifer L. Sarvadi (DC Bar # 490475)
LECLAIRRYAN, A Professional Corporation
225 Reinekers Lane, Suite 700
McLean, Virginia 22314
(703) 684-8007
(703) 684-8075 (facsimile)
*Counsel for 12TH STREET PARTNERS, LLC and Edward Sherbine*

## RULE 12-I CERTIFICATION

I hereby certify that I obtained the consent of the Plaintiff and each of the Co-Defendants herein to the relief requested.

/s/ Jennifer L. Sarvadi
Jennifer L. Sarvadi

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of December, 2007, I sent a copy of the foregoing by email and first-class mail, postage prepaid to:

>William S. Bach, Esquire
>737 D Street, NW, Ste 400
>Washington, DC 20004
>wsbachesquire@aol.com

And by first-class mail, postage prepaid only to each of the following individuals:

>Gloria Bozman Herndon,
>Brent Herndon and

At the following address:

>330 15th Street, SE
>Washington, DC 20003

>    /s/ Jennifer L. Sarvadi
>    Jennifer L. Sarvadi