IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

L. IVAN POBLETE

    Plaintiff

V.                                        Case No.: 1-08-CV-00874 (RMU)

RITTENHOUSE MORTGAGE
BROKERS, Inc., et al.,

    Defendants.

## REPLY TO DEFENDANT AURORA LOAN SERVICESS, LLC'S MOTION TO DISMISS PLAINTIFFS COMPLAINT

Now comes L. IVAN POBLETE, (Poblete) through his counsel, William S. Bach, and states the following:

1. Rule 56 (f) provides that this court " may refuse the application for summary judgment ".

2. Plaintiff needs a reasonable opportunity to complete discovery before this court, before responding to a summary judgment motion and that " insufficient time or opportunity to engage in discovery is cause to defer decision on the decision on the Motion to dismiss. *Martin v. Malhoyt, 830 F.2d 237, 256 (D.C. Cir. 1987)* and *First Chi. Int'l v. United Exch. Co., 836 F. 2d 1375, 1380 (D.C. Cir. 1988).*

1

WHEREFORE , Plaintiff requests this Court Deny The Motion to Dismiss as it is not timely.

Respectfully submitted,

/s/  William S. Bach

717 D. Street, N.W. #400
Washington, D.C. 20004
202-737-2930

Attorney for Plaintiff

Dated June 13th, 2008

### CERTIFICATE OF SERVICE

I, herby certify that on this 13th. Day of June 2008, that the foregoing Reply to Defendant's Motion For Summary Judgment was electronically and served on the following counsel of record by operation of the Court's ECF system:

David M. Souders, Esq.
Weiner Brodsky Sidman Kider, PC
1300 19th. Street, N.W. Fifth Floor
Washington, D.C. 20036

/s/ William S. Bach
_____

I further certify on this 13th day of June, 2008, that a copy of the foregoing was mailed to parties not registered with the Court's ECF system via first class mail, postage prepaid:

Rittenhouse Mortgage Brokers
2001 Pine street
Philadelphia, PA 19103

\
Closeline, LLC
1300 Piccard Drive, # L-105
\Rockville, MD 20850

/s/ _____
William S. Bach

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

L. IVAN POBLETE,

    Plaintiff,

V.                                  Case No.: 1:08-CV-00874 (RMU)

RITTENHOUSE MORTGAGE
BROKERS, INC., et al.,

    Defendants.

## ORDER

Upon consideration of Plaintiff's Reply to Defendant's Motion to Dismiss,

Defendants' Motion is DENIED.

ORDERD that said Motion is GRANTED and the case proceed on schedule.

/s/_____

    RICHARD M. URBINA
    United States District Judge

Copies to:

William S. Bach, Esq.
717 D. Street, N.W., # 400
Washington, D.C. 20004

Closeline, LLC
1300 Piccard Drive
Rockville, MD 20850

David M. Souders, Esq.
Sandra B. Vipond, Esq
1300 19th Street, N.W. 5th. Floor
Washington, D.C. 20036

Rittenhouse Mortgage Brokers
2101 Pine Street
Philadelphia, PA 19103