IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L. IVAN POBLETE,<br><br>        Plaintiff,<br><br>v.<br><br>RITTENHOUSE MORTGAGE BROKERS, *et al.*,<br><br>        Defendants. | Case No.: 1:08-CV-00874 (RMU) |

## NOTICE OF APPEARANCE OF SANDRA B. VIPOND

To the Clerk of this Court and all parties of record:

Please enter the appearance of Sandra B. Vipond as counsel in this case for Defendant Aurora Loan Services, LLC.

Respectfully submitted,

WEINER BRODSKY SIDMAN KIDER PC

By:   /s/ Sandra B. Vipond
Sandra B. Vipond (DC Bar No. 465702)
David M. Souders (DC Bar No. 441491)
1300 Nineteenth Street, NW, Fifth Floor
Washington, DC 20036
(202) 628-2000 (telephone)
(202) 628-2011 (facsimile)

Attorneys for Defendant Aurora Loan Services, LLC

Dated: June 19, 2008

F:\98012\039\hb (Notice of Appearance for SBV).doc

## CERTIFICATE OF SERVICE

I hereby certify on this 19th day of June, 2008, that the foregoing Notice of Appearance of Sandra B. Vipond was filed electronically and served on the following counsel of record by operation of the Court's ECF system:

William S. Bach, Esq.
717 D Street, N.W., Suite 400
Washington, D.C. 20004

I further certify on this 19th day of June, 2008, that a copy of the foregoing was served on the following parties not registered with the Court's ECF system via first-class mail, postage prepaid:

Rittenhouse Mortgage Brokers
2101 Pine Street
Philadelphia, PA 19103

Closeline, LLC
1300 Piccard Drive, #L-105
Rockville, MD 20850

/s/ Sandra B. Vipond
Sandra B. Vipond (DC Bar No. 465702)